# Court of Appeals
# of the State of Georgia

ATLANTA,  May 24, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1488. ISAAC HOWARD v. THE STATE.**
**A23A1489. ISAAC HOWARD v. THE STATE.**

In two separate cases, Isaac Howard pleaded guilty as a first offender to criminal street gang activity and robbery by intimidation, and was given concurrent sentences of 15 years to serve 18 months in the county jail, with the balance on probation. On December 21, 2022, the trial court revoked Howard's first offender status and re-sentenced him in each case to fifteen years to serve the first five years in confinement. Howard has appealed directly to this Court. We lack jurisdiction.

Because the underlying subject matter of Howard's appeals is the revocation of his first offender probation, he was required to file applications for discretionary appeal to obtain review in this Court. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269, 269 n.2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105, 105 (485 SE2d 214) (1997). Howard's failure to do so deprives us of jurisdiction over these direct appeals. See *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). Accordingly, these appeals are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  05/24/2023*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*